SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-02075-LKK-KJN** |
| Plaintiff, | ) **PLAINTIFF'S REQUEST AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |
| vs. | ) |
| LT, GP, | ) Status Conference: October 25, 2010 |
| Defendants | ) Time: 3:30 pm |
| | ) Courtroom: 4 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from October 25, 2010 to November 22, 2010. Plaintiff filed a Summons Returned Executed on October 1, 2010 stating that Defendant, LT, GP, was served on September 19, 2010. Defendants answer would be due October 12, 2010, the same date a status report is due. A continuance to November 22, 2010 for the status conference

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-10-cv-02075-LKK-KJN - 1

will give the Defendants ample time to answer Plaintiff's complaint.

Dated:  October 6, 2010          /s/Scott N. Johnson _____

                                 Scott N. Johnson,

                                 Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to November 29, 2010 at 2:30 p.m.

Date:  October 12, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT