7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

                         NO. CIV. S-10-2075 LKK/KJN

    Plaintiff,

  v.                            O R D E R

LT, GP,

    Defendants.
                            /

    On October 12, 2010 the defendant in this case filed an answer in propia persona (ECF No. 8). Accordingly, pursuant to Local Rule 302(c)(21), this matter is REFERRED to the assigned magistrate judge for all further pretrial proceedings. The status conference currently set for November 29, 2010 is VACATED.

    IT IS SO ORDERED.

    DATED: November 23, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1