1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11          Plaintiff,                    2:10-cv-02075-LKK-KJN

12

13      v.

14   LT, GP, Individually and d/b /a GREEN
     LANTERN MOTEL,

15          Defendants.              ORDER AND ORDER TO SHOW CAUSE
     _____/

16

17          This case is set for a Status (Pretrial Scheduling) Conference before the

18   undersigned on June 16, 2011.[1]  This particular conference has been continued several times.  To

19   expedite the conference and entry of an appropriate scheduling order, there are several matters

20   the undersigned needs to have clarified in advance of the upcoming conference.

21          First, within fourteen days of the entry of this order, plaintiff Scott N. Johnson and

22   defendant LT, GP are each to file completed "Consent to / Decline of Jurisdiction of US

23   Magistrate Judge" forms.  These forms can be obtained from the Clerk's Office or, alternatively,

24   _____

25        [1]  This action proceeds before the undersigned pursuant to Eastern District of California
     Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1), and was referred to the undersigned by an
26   order entered November 23, 2010.  (Dkt. No. 11.)

                                              1

1   can be printed from the court's electronic docket in this case at Docket Number 12.  These filings

2   will ensure that the matter is set for trial before the appropriate judge.

3          Also within fourteen days of the entry of this order, defendant LT, GP is to file a

4   written statement clarifying the type of business entity "LT, GP" is or was.  In recent filings,

5   plaintiff has suggested that LT, GP is a corporation unable to proceed on its own behalf without

6   counsel in this action.  (Dkt. No. 16 at 2.)  Because Eastern District Local Rule 183(a) states that

7   certain entities can only appear through attorneys, the written statement by defendant LT, GP

8   should state whether LT, GP is a corporation, partnership, limited liability company, a "doing

9   business as" identity for an individual, or takes some other form.

10          Finally, it appears that defendant LT, GP is currently in violation of this court's

11   order entered April 15, 2011.  That order noted that defendant LT, GP filed a letter document

12   styled as an "answer" to plaintiff's complaint (Dkt. No. 8) and explained that the letter was not a

13   legally sufficient answer.  The order stated,

14          Defendant shall file an answer to plaintiff's complaint that accords
            with Federal Rule of Civil Procedure 8 within 14 days of service of
15          this order.  Failure to do so may result in the imposition of sanctions.

16   (Dkt. No. 15 at 3.)  The order was served on defendant by mail on April 15, 2011.  To date,

17   defendant has not filed a proper answer or otherwise responded to the order entered on April 15,

18   2011, and is therefore in violation of that order.

19          While defendant LT, GP is a non-attorney, and while the undersigned appreciates

20   the difficulties pro se parties often face, defendant LT, GP was informed in writing of its

21   obligation to file the above-described answer.  Eastern District Local Rule 110 provides that

22   "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may

23   be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or

24   within the inherent power of the Court."  Eastern District Local Rule 183(a) also states, in part:

25          Any individual representing himself or herself without an
            attorney is bound by the Federal Rules of Civil or Criminal
26          Procedure, these Rules, and all other applicable law.  All

2

> obligations placed on "counsel" by these Rules apply to
> individuals appearing in propria persona.  Failure to
> comply therewith may be ground for dismissal . . . or any
> other sanction appropriate under these Rules.

See also King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants.").

Accordingly, within fourteen days of the entry of this order, defendant LT, GP shall file a writing explaining its failure to timely comply with the court's order entered April 15, 2011, and showing cause why it should not be sanctioned for violating a court order.  Also within fourteen days of the entry of this order, defendant LT, GP shall bring itself into compliance with the court's order entered April 15, 2011, by filing an appropriate answer that complies with Federal Rule of Civil Procedure 8.

For all the foregoing reasons, it is hereby ORDERED that:

1.  Within fourteen days of the entry of this order, plaintiff Scott N. Johnson and defendant LT, GP must each file completed "Consent to / Decline of Jurisdiction of US Magistrate Judge" forms.

2.  Within fourteen days of the entry of this order, defendant LT, GP must file a written statement clarifying the form of business entity "LT, GP" takes.

3.  Within fourteen days of the entry of this order, defendant LT, GP must file a writing explaining its failure to timely comply with the court's order entered April 15, 2011, and showing cause why it should not be sanctioned for violating a court order.

4.  Within fourteen days of the entry of this order, defendant LT, GP must bring itself into compliance with the court's order entered April 15, 2011, by filing an answer that complies with Federal Rule of Civil Procedure 8.

////

////

////

1          IT IS SO ORDERED.

2     DATED:  May 19, 2011

3

4

5                                        KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26