SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-02075-LKK-KJN(PS)** |
|          Plaintiff, | ) **ORDER RE: STIPULATED DISMISSAL** |
|      vs. | ) |
| LT GP, | ) |
|          Defendants | ) |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:   July 21, 2011.

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT