IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                       2:10-cv-02075-LKK-KJN

   v.

LT, GP, Individually and d/b /a GREEN LANTERN MOTEL,

      Defendants.             ORDER
_____/

        On May 19, 2011, the court issued an Order To Show Cause (the "OSC") directing defendant LT, GP to file a writing explaining its failure to timely comply with a prior order entered April 15, 2011, and showing cause why defendant should not be sanctioned.[1] (OSC, Dkt. No. 19.) To date, defendant has not complied with the OSC; however, an Order re: Stipulated Dismissal has since been entered in this case. (Dkt. No. 24.)

////

////

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1), and was referred to the undersigned by an order entered November 23, 2010. (Dkt. No. 11.)

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The court's Order to Show to Cause (Dkt. No. 19) is discharged.

3  IT IS SO ORDERED.

4  DATED: July 25, 2011

```
_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE
```

2